**Order filed December 14, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00194-CR

_____

## DANINI MARIE-DAVIS JACKSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 20362B**

### O R D E R

Appellant's court-appointed attorney of record, Susannah E. Prucka, has filed in this court a motion to withdraw as counsel on appeal. *See* TEX. R. APP. P. 6.5. Prucka states in her motion that she "accepted a position with the Ector County District Attorney's Office and was sworn in as an Assistant District Attorney on October 2, 2017." Prucka's continued representation of Appellant in this case would constitute a conflict of interest. The motion to withdraw is granted, and the appeal is abated.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court on or before December 29, 2017, a supplemental clerk's record evidencing such appointment. The appeal will be reinstated when the supplemental clerk's record is filed in this court. We note that appellate briefs have already been filed in this court. However, we also note that the brief filed by Prucka neither advocates on behalf of Appellant nor complies with the requirements for the filing of an *Anders* brief.[1] *See Anders v. California*, 386 U.S. 738, 744 (1967); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008). Consequently, new counsel is requested to file an amended brief on behalf of Appellant. The amended brief will be due to be filed in this court thirty days after the date that this appeal is reinstated.

PER CURIAM

December 14, 2017

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1]Prucka presented one issue in her brief: that the trial court's judgment should be modified to add the $55 fine that was assessed against Appellant in open court but omitted from the written judgment of the trial court.